Name & Address:
Elaine T. Byszewski (SBN 222304)
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY LEE SIMS, JR., TIMOTHY EVERETT SIMS, WILLIE EARL SIMS, SHAMIKA RAE SIMS, (CONTINUED ON ATTACHMENT A) <br> PLAINTIFF(S) <br> v. <br> KIA MOTORS OF AMERICA, INC., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **SACV 13 - 01269 CJC (JPRx)** <br><br><br> SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Elaine T. Byszewski_____, whose address is _301 North Lake Avenue, Suite 203 Pasadena, CA 91101_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 8/20/13

By: _____ DENISE VO
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

ATTACHMENT A

*(cont.)* KATHLYN LENETTA SIMS, BRENCE ERIC SIMS, MICHAEL ANDRE SIMS, SARAH DENISE SIMS AND PAMELA RACHAEL SIMS, individually and as legal heirs to the ESTATE OF HENRY LEE SIMS, SR.