ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HENRY LEE SIMS, JR., *et al* § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CASE NO. 4:14-cv-00045-A |
| § | |
| KIA MOTORS AMERICA, INC. and § | |
| KIA MOTORS CORPORATION, § | |
| § | |
| Defendants. § | |

### DEFENDANTS KIA MOTORS AMERICA, INC. AND KIA MOTORS CORPORATION'S EXPERT WITNESS DESIGNATION

COME NOW Defendants Kia Motors America, Inc. and Kia Motors Corporation ("Defendants") and in accordance with the Court's October 9, 2014 Order (Doc. No. 54), Defendants hereby make and serve their Expert Witness Designation:

Respectfully submitted,

_____
**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**CARY A. SLOBIN**
State Bar No. 00797445
cary.slobin@bowmanandbrooke.com
**TANYA B. SCARBROUGH**
State Bar No. 24049268
tanya.scarbrough@bowmanandbrooke.com
**AMANDA R. MCKINZIE**
State Bar No. 24088028
amanda.mckinzie@bowmanandbrooke.com
**BOWMAN AND BROOKE, LLP**
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (972) 616-1700
Facsimile: (972) 616-1701

**DAVID R. KELLY, admitted *pro hac vice***
State Bar No. 0054665
david.kelly@bowmanandbrooke.com
**BOWMAN AND BROOKE, LLP**
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

**ATTORNEYS FOR DEFENDANTS
KIA MOTORS AMERICA, INC. AND KIA
MOTORS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 2nd day of March, 2015.

_____

# I.
# RETAINED EXPERTS

1. Gregory C. Smith, P.E., Ph.D.
   Collision Safety Engineering
   416 S. Commerce Drive
   Orem, UT 84058-5118

2. Jack Ridenour
   Ridenour Engineering, PLLC
   1100 N. Telegraph Road
   Dearborn, MI 48126

3. Jeff D. Colwell, Ph.D., P.E.
   Colwell Consulting
   14614 N. Kierland Blvd.
   Scottsdale, AZ 85254

4. Mike Klima
   Design Research Engineering
   46475 DeSoto Court
   Novi, MI 48377

5. Dr. Sridhar Natarajan
   Exponent
   23445 North 19th Avenue
   Phoenix, Arizona 850272

6. Jeya Padmanaban
   JP Research Inc.
   1975 West El Camino Real, Suite 300
   Mountain View, California 94040

# II.
# NON RETAINED EXPERTS

Although none of the following are retained experts, to the extent their testimony might constitute expert testimony, Defendants also reserve the right to examine the following witnesses:

1. Detective Chris Gorrie
   Fort Worth Police Department
   350 W. Belknap Street



    Fort Worth, Texas  76102
    817.392.4200

2. Officer J. Wilson
   Sgt. Weber
   Officer W. Simmons
   Officer r. Brown
   Officer J. Allen
   Officer B. Jenkins
   Officer T. Soria
   Corporal S. LaCroix
   Officer C. Collins
   Officer S. Galegher
   Officer C. Fields
   Officer J. Trigo
   Detective John Jenson
   Lt. Pedro Criado
   Fort Worth Police Department
   350 W. Belknap Street
   Fort Worth, Texas  76102
   817.392.4200

3. Deputy Andres Gracciolo
   Deputy Floyd Heckman, Jr.
   Tarrant County Sheriff Office
   100 E. Weatherford Street
   Fort Worth, Texas 761996
   817.884.1111

4. Brad Sims, Arson Investigator
   Joe C. Boggs, Fire Fighter
   Fort Worth Fire Department
   715 Texas St.
   Fort Worth, Texas  76102
   817.392.6230

5. Lt. John S. Goodman
   Jimmy Smith, fire fighter
   Billie C. Johnson, paramedic
   Dexter Waldrep, paramedic
   Chris Groom, EMT
   Azle Fire Department
   900 Lakeview Drive
   Azle, Texas  76020
   817.444.7108

6. Dr. Nizam Peerwani
   Tarrant County Medical Examiner
   200 Feliks Gwozdz Place
   Fort Worth, Texas  76104
   817.920.5700

7. Robert Corley, Investigator
   Steve White, Investigator
   Tarrant County Medical Examiner's Office
   200 Feliks Gwozdz Place
   Fort Worth, Texas 76104
   817.920.5700

## III.

## OTHER WITNESSES

1. Jae Hwa Park
   Kia Motors Corporation
   c/o Bowman and Brooke LLP
   2501 North Harwood Street, Suite 1700
   Dallas, Texas 75201

Mr. Park is a fact witness who has been presented as a corporate representative in this matter. The Kia Defendants believe Mr. Park's testimony is factual as opposed to expert opinion testimony. However, to the extent Mr. Park's deposition testimony in this case constitutes expert testimony; the Kia Defendants designate Mr. Park and his testimony as such.

2. Jeong Moon Jin
   Kia Motors Corporation
   c/o Bowman and Brooke LLP
   2501 North Harwood Street, Suite 1700
   Dallas, Texas 75201

Mr. Jin is a fact witness who has been presented as a corporate representative in this matter. The Kia Defendants believe Mr. Jin's testimony is factual as opposed to expert opinion testimony. However, to the extent Mr. Jin's deposition testimony in this case constitutes expert testimony; the Kia Defendants designate Mr. Jin and his testimony as such.

3. Choi Gu Lee
   Kia Motors Corporation
   c/o Bowman and Brooke LLP
   2501 North Harwood Street, Suite 1700
   Dallas, Texas 75201

Mr. Lee is a fact witness who has been presented as a corporate representative in this

matter. The Kia Defendants believe Mr. Lee's testimony is factual as opposed to expert opinion testimony. However, to the extent Mr. Lee's deposition testimony in this case constitutes expert testimony; the Kia Defendants designate Mr. Lee and his testimony as such.

4. Michelle Cameron
   Kia Motors America, Inc.
   Corporate Headquarters
   111 Peters Canyon Road
   Irvine, California 92606

Ms. Cameron is a fact witness who has been presented as a corporate representative in this matter. The Kia Defendants believe Ms. Cameron's testimony is factual as opposed to expert opinion testimony. However, to the extent Ms. Cameron's deposition testimony in this case constitutes expert testimony; the Kia Defendants designate Ms. Cameron and her testimony as such.

Defendants reserve the right to supplement this disclosure with additional designations of experts pursuant the Court's Scheduling Order and pursuant to the Federal Rules of Civil Procedure. Additionally, Defendants reserve the right to elicit any expert opinions or lay opinion testimony of retained and/or non-retained expert witnesses identified by Plaintiffs pursuant to the Court's Scheduling Order and pursuant to the Federal Rules of Civil Procedure.