IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HENRY LEE SIMS, JR., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-045-A |
| | § | |
| KIA MOTORS AMERICA, INC., ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

ORDER

After having considered the joint motion to modify pretrial deadlines filed in the above-captioned action on March 20, 2015, the court has concluded that such motion should be denied. This case has been pending since August 2013. The court cannot think of any good reason why the parties will not have had by the current discovery deadline sufficient time to complete their discovery. Therefore,

The court ORDERS that such motion be, and is hereby, denied.

SIGNED March 23, 2015.

JOHN McBRYDE
United States District Judge