

**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HENRY LEE SIMS, JR., *et al* § <br> § <br> *Plaintiffs*, § <br> § <br> VS. § <br> § <br> KIA MOTORS AMERICA, INC. and § <br> KIA MOTORS CORPORATION, § <br> § <br> *Defendants*. § | CASE NO. 4:14-cv-00045-A |

**APPENDIX IN SUPPORT OF DEFENDANTS' BRIEF IN
SUPPORT OF DEFENDANTS' MOTION TO COMPEL
PLAINTIFFS' PRIMARY LIABILITY EXPERT'S DEPOSITION BY
APRIL 15, 2015, AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE**

TO THE HONORABLE COURT:

Defendants Kia Motors America, Inc. and Kia Motors Corporation respectfully submit this Appendix corresponding with Defendants' Brief In Support Of Defendants' Motion to Compel Plaintiffs' Primary Liability Expert's Deposition by April 15, 2015, and Request for Expedited Briefing Schedule. The Appendix contains the following materials:

| EXHIBIT | DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| Exhibit A | Expert Testimony of Jerry G. Wallingford | 3 – 6 |

Respectfully submitted,

*[signature]*

**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**CARY A. SLOBIN**
State Bar No. 00797445
cary.slobin@bowmanandbrooke.com
**TANYA B. SCARBROUGH**
State Bar No. 24049268
tanya.scarbrough@bowmanandbrooke.com
**AMANDA R. MCKINZIE**
State Bar No. 24088028
amanda.mckinzie@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
2501 North Harwood, Suite 1700
Dallas, Texas 75201
Telephone:   (972) 616-1700
Facsimile:   (972) 616-1701
**COUNSEL FOR KIA MOTORS AMERICA, INC. AND KIA MOTORS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 24th day of March, 2015.

*[signature]*

# Expert Testimony
## of
## Jerry G. Wallingford

| Date | Project Number | Client | Case Style | Case Venue | Cause Number | Type |
|---|---|---|---|---|---|---|
| December 19, 2014 | 11-135-FP | Kuhlman, Brad | Dominquez vs. General Motors LLC | 192nd Judicial District, District Court of Dallas County, Texas | DC-11-09945 | Depo |
| December 2, 2014 | 13-146-FP | Wilson, Frank | Ryan T. McCormick vs. Brandon Ray Sellers et al | Circuit Court For Butler County, Alabama | 2013-900118 | Trial |
| October 3, 2014 | 12-102-FP | Baker, Benjamin | Hurst, et al vs Mazda Motor Corporation et al | Circuit Court of Jefferson County, Alabama, Bessemer Division | 2012-900498 | Depo |
| September 11, 2014 | 12-143-RP | Gentile, Doug | Danielle C. Meads, vs. Harmony Juvenile Products and Wal-Mart Stores East et al | Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida | 50-2011-CA-008858-XXXXMB | Depo |
| August 13, 2014 | 12-173-RP | Levinthal, Jared | Sharon Brunston, vs. Cowboy Motorsports of Beaumont, LP and Thunder Mountain Custom Cycles, Inc. | 215th Judicial District, District Court of Harris County, Texas | 2012-40248 | Trial |
| May 2, 2014 | 12-102-FP | Baker, Benjamin | Hurst, et al vs Mazda Motor Corporation et al | Circuit Court of Jefferson County, Alabama, Bessemer Division | 2012-900498 | Depo |
| March 19, 2014 | 12-173-RP | Levinthal, Jared | Sharon Brunston, vs. Cowboy Motorsports of Beaumont, LP and Thunder Mountain Custom Cycles, Inc. | 215th Judicial District, District Court of Harris County, Texas | 2012-40248 | Trial |
| February 28, 2014 | 13-129-HP | Jose, John | James Lane vs. Ledwell & Son Enterprises, Inc., and Holt Texas, LTD. | District Court of Jack County, Texas, 271st Judicial District | 13-04-046 | Depo |
| February 3, 2014 | 11-167-RP | Marks, Greg | Jose Ledesma vs. General Motors, Hyundai Motor et al | United States District Court for the Western District of Texas, San Antonio Division | 5:12-cv-854 | Depo |
| January 3, 2014 | 13-154-AP | Renard, Sandra | Ashley Nicole Thomas vs Sloan Petroleum Transport | Circuit Court for the County of Wayne, State of Michigan | 11-07778-NI | Depo |
| November 21, 2013 | 07-135-FP | Russo, Sara | Bernice Jackson, et al vs. Ford Motor Company, et al | Circuit Court of Tunica County, Mississippi | 01-0323 | Depo |
| November 14, 2013 | 12-147-RP | Brogdon, Quentin | Robert and Hollie Powell vs. Ford Motor Company | U.S. District Court for the Western District of Texas Midland-Odessa Division | 7:12CV114 | Depo |
| October 18, 2013 | 10-122-FP | Kwass, David | Lugo v. American Honda Motor Co, Inc, et al | United States District Court for the District of New Jersey | 1:12cv119 | Depo |
| June 12, 2013 | 12-173-RP | Levinthal, Jared | Sharon Brunston, vs. Cowboy Motorsports of Beaumont, LP and Thunder Mountain Custom Cycles, Inc. | 215th Judicial District, District Court of Harris County, Texas | 2012-40248 | Depo |

# Expert Testimony of Jerry G. Wallingford

| Date | Project Number | Client | Case Style | Case Venue | Cause Number | Type |
|---|---|---|---|---|---|---|
| June 4, 2013 | 12-167-FP | Thomas, Brady | Richard Lain and Deborah Lain, Plaintiffs, vs. Navistar, Inc. d/b/a International Trucks | District Court for the Southern District of Georgia, Waycross Division | 5:12-cv-00068-LGW-JEG | Depo |
| May 1, 2013 | 12-112-RP | Weiner, Michael | Connie J. Aasen, vs. Union Pacific Railroad Company, a Delaware Corporation, Defendant | District Court of Iowa In and for Pottawattamie County, Iowa | 04781 LACV 106067 | Depo |
| April 9, 2013 | 10-106-FP | Stucky, Chris | Leffer vs. Navistar International Corp, et al | General Court of Justice, Superior Court Division, Lee County, North Carolina | 11 CVS 753 | Depo |
| Oct 31 & Nov 1, 2012 | 12-141-RP | Reed, Roger | Arevalo vs. Kawasaki Motors Corp, et al | 149th Judicial District Court, Brazoria County, Texas | 59283 | Trial |
| September 18, 2012 | 12-141-RP | Reed, Roger | Arevalo vs. Kawasaki Motors Corp, et al | 149th Judicial District Court, Brazoria County, Texas | 59283 | Depo |
| June 1, 2012 | 11-119-AP | Cain, James | Vernon Rusk vs. Yamaha Motor Corporation and Tiger Cycles, LLC | 35th Judicial District Court Parish of Grant, State of Louisiana | 20750 | Depo |
| May 16, 2012 | 11-103-FP | Newell, Jeremy | Myong Re Kye vs. Daimler Trucks North American, et al | U.S. District Court for the Southern District of Texas, Houston Division | 4:10-805 | Trial |
| April 6, 2012 | 11-160-RP | Emison, Kent | Debra Davis vs. Schneider National Carriers, Inc., Schneider National, Inc., and Paul Turner | Circuit Court of Jefferson County, Arkansas | CV-2010-70-5 | Depo |
| March 21, 2012 | 11-103-FP | Newell, Jeremy | Myong Re Kye vs. Daimler Trucks North American, et al | U.S. District Court for the Southern District of Texas, Houston Division | 4:10-805 | Depo |
| February 6 - 10, 2012 | 03-170-FP | Bethune, Scott | Michael J. Nolte and Barbie Nolte vs. Ford Motor Company | Circuit Court of Jackson County, Missouri at Kansas City | 03CV-215677 | Trial |
| January 26, 2012 | 11-160-RP | Emison, Kent | Debra Davis vs. Schneider National Carriers, Inc., Schneider National, Inc., and Paul Turner | Circuit Court of Jefferson County, Arkansas | CV-2010-70-5 | Depo |
| Jan 11 & 12, 2012 | 11-130-CP | Crowley, Steve | Bonnie L. Johnson and Maynard Johnson vs. Fessler Carbonic Gas Company, Inc. | Iowa District Court for Polk County | 109115 | Trial |
| December 16, 2011 | 03-170-FP/OP | Bethune, Scott | Michael J. Nolte and Barbie Nolte vs. Ford Motor Company | Circuit Court of Jackson County, Missouri at Kansas City | 03CV-215677 | Hearing |
| December 8, 2011 | 03-170-FP/OP | Bethune, Scott | Michael J. Nolte and Barbie Nolte vs. Ford Motor Company | Circuit Court of Jackson County, Missouri at Kansas City | 03CV-215677 | Depo |
| November 23, 2011 | 11-130-CP | Crowley, Steve | Bonnie L. Johnson and Maynard Johnson vs. Fessler Carbonic Gas Company, Inc. | Iowa District Court for Polk County | 109115 | Depo |

**Expert Testimony**
**of**
**Jerry G. Wallingford**

| Date | Project Number | Client | Case Style | Case Venue | Cause Number | Type |
|---|---|---|---|---|---|---|
| September 30, 2011 | 10-103-FP | Moore, Chris | Barbara Morton vs. Dodgeland of Columbia, Inc, and Chrysler Group, LLC | State of South Carolina, Court of Common Pleas, Fifth Judicial Circuit, County of Richland | 2010-CP-40-04784 | Depo |
| September 27, 2011 | 10-133-FP | Hoey, Jim | Samora vs. Isuzu Commercial Truck of America, Inc., et al | Superior Court of the State of California for the County of Orange | 30-2008 00113100 | Depo |
| September 20, 2011 | 06-224-RP | Gentile, Doug | Michael Hamlett vs. Daimler Trucks North America, LLC; Sterling Truck Corp and Daimler AG | Circuit Court of the State of Oregon for the County of Multnomah | 0908-11102 | Trial |
| August 15, 2011 | 09-159-RP | Gentile, Doug | McCune et al v. Graco Children's Products, Inc. et al | U.S. District Court for the Eastern District of Texas, Texarkana Division | 509-CV-107 | Trial |
| July 8, 2011 | 09-134-FP | Thomas, Brady | Jeffrey Bush v. Kawasaki Motors Corp, USA, et al | State Court of Ware County, State of Georgia | S10V036 | Depo |
| May 24, 2011 | 11-121-RP | Hunnicutt, Richard | Brad Eiermann vs. Southwestern Motor Transport, Inc., et al | 131st Judicial District Court of Bexar County, Texas | 2008-CI-04553 | Depo |
| February 11, 2011 | 09-159-RP | Gentile, Doug | McCune et al v. Graco Children's Products, Inc. et al | U.S. District Court for the Eastern District of Texas, Texarkana Division | 5:2009CV00107 | Depo |
| December 22, 2010 | 08-116-RP | Douthit, Evan | Gariby vs. Evenflo | Superior Court of the State of Arizona in and for the County of Pima | C20074296 | Depo |
| November 2, 2010 | 08-187-TP | Langdon, Robert | Sowa et al vs. Kenny Construction et al | Circuit Court of Cook County, Illinois County Department - Law Division | 2007 L 010232 | Depo |
| September 16, 2010 | 10-112-FP | Emison, Kent | Miller/Crow/Rinaldi vs. Ford Motor Co. | Superior Court of the State of Delaware in and for Kent County | CA No. 09C-07-021 WLW | Depo |
| July 27, 2010 | 08-129-FP | Lane, Joseph | Edward Vaughn vs. Ford Motor Co. | Circuit Court of Mobile County, Alabama | CV 2008-901078 | Depo |
| July 15, 2010 | 10-128-KD | Albright, Chris | McCrae vs. Truck Equipment Sales, Inc. | Circuit Court of Houston County, Alabama | CV-2007-532 | Depo |
| June 4,7,8, 2010 | 07-174-FP | Crosby, Ronnie | Miranda Courtney vs. Nissan Motor Co. | State of South Carolina County of Florence in the Court of Common Pleas | 07-CP-21-1449 | Trial |
| May 14,17,18, 2010 | 03-202-FP | Lyons, Stephen | Bagg et al vs. Ford Motor Company et al | Commonwealth of Massachusetts, Superior Court Department of the Trial Court | 05-2344-F | Trial |
| May 6, 2010 | 04-249-FP | Stanley, Kevin | Clevenger vs. Westfall-O'Dell Motors | Circuit Court of Clay County, Missouri at Liberty | CV104-010886CC | Trial |

# Expert Testimony
## of
## Jerry G. Wallingford

| Date | Project Number | Client | Case Style | Case Venue | Cause Number | Type |
|---|---|---|---|---|---|---|
| January 21, 2010 | 09-148-RP | Younger, John | Alfieri vs. U.S.A. | United States District Court for the Western District of Texas, San Antonio Division | SA-08-CA-0277XR | Trial |

1/29/2015