IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HENRY LEE SIMS, JR., ET AL., | § |
| Plaintiffs, | § |
| VS. | § NO. 4:14-CV-045-A |
| KIA MOTORS AMERICA, INC., ET AL., | § |
| Defendants. | § |

## ORDER

Now pending is the motion of defendants, Kia Motors America, Inc., and Kia Motors Corporation, to compel plaintiffs' primary liability expert's deposition by April 15, 2015, and request for expedited briefing schedule. The court finds that the motion should be granted as set forth herein. Accordingly,

The court ORDERS that if plaintiffs fail to produce their expert Jerry Wallingford for deposition by April 8, 2015, the court will consider not allowing said expert to testify at trial.

SIGNED March 25, 2015.

JOHN McBRYDE
United States District Judge