

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HENRY LEE SIMS, JR., *et al* | § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § | CASE NO. 4:14-cv-00045-A |
| KIA MOTORS AMERICA, INC. and KIA MOTORS CORPORATION, | § § § § | |
| *Defendants.* | § § | |

## JOINT SETTLEMENT CONFERENCE REPORT

Pursuant to the Court's January 29, 2014 Order, a settlement conference was held in the offices of Defendant's counsel on May 8, 2015. All Plaintiffs appeared in person and with their counsel of record. Defendant's authorized representative appeared in person and with Defendant's counsel of record.

The Parties engaged in meaningful settlement discussions and made some progress, but a settlement was not reached. The prospect of settlement is uncertain at this time. All parties thought the process was important and meaningful. The next settlement conference has been scheduled for June 3, 2015.

The following people were present in person at May 8, 2015 settlement conference:

1. For Plaintiffs

Henry Lee Sims, Jr. – Individual Plaintiff and Representative of the Estate of Henry Lee Sims, Sr.;

Kathlyn Sims – Individual Plaintiff;

Michael A. Sims – Individual Plaintiff;

Sarah D. Sims – Individual Plaintiff;

Shamika R. Sims – Individual Plaintiff;

Pamela R. Sims – Individual Plaintiff;

Willie E. Sims – Individual Plaintiff;

Brence E. Sims – Individual Plaintiff; and

Timothy E. Sims – Individual Plaintiff.

Martin McLean – Counsel for Plaintiffs

Martin Woodward – Counsel for Plaintiffs

    2.    For Kia Motors of America, Inc. and Kia Motors Corporation

Mark Goldzweig – Director of Legal Affairs for Kia Motors America, Inc.

Kurt Kern, Cary Slobin – Counsel for Defendant

 

**STEVE W. BERMAN** (*pro hac vice*)
WASB No. 12536
steve@hbsslaw.com
**MARTIN D. MCLEAN** (*pro hac vice*)
WASB No. 33269
martym@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eight Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

**MARC R. STANLEY**
State Bar No. 19046500
marcstanley@mac.com
**STANLEY LAW GROUP**
6116 North Central Expressway, Suite 1500
Dallas, Texas 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358
**COUNSEL FOR PLAINTIFFS**

Respectfully submitted,

**KURT C. KERN**
State Bar No. 11334600
kurt.kern@bowmanandbrooke.com
**CARY A. SLOBIN**
State Bar No. 00797445
cary.slobin@bowmanandbrooke.com
**TANYA B. SCARBROUGH**
State Bar No. 24049268
tanya.scarbrough@bowmanandbrooke.com
**AMANDA R. MCKINZIE**
State Bar No. 24088028
amanda.mckinzie@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
2501 North Harwood, Suite 1700
Dallas, Texas 75201
Telephone: (972) 616-1700
Facsimile: (972) 616-1701
**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 12th day of May, 2015.

*[signature]*