ORIGINAL



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 22 2015

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| HENRY LEE SIMS, JR., *et al.*, § <br> § <br> *Plaintiffs,* § <br> § <br> VS. §    CASE NO. 4:14-cv-00045-A <br> § <br> KIA MOTORS AMERICA, INC. and § <br> KIA MOTORS CORPORATION, § <br> § <br> *Defendants.* § | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO USE OVERSIZED DEMONSTRATIVE EXHIBIT

### I.　　RESPONSE

Defendants seek permission to use an oversized exhibit at trial. This demonstrative exhibit appears to be a cross-section of a 2010 Kia Soul.

Plaintiffs were first made aware of the existence of this exhibit during the April 17, 2015, deposition of defense expert, Jack Ridenour.[1] Plaintiffs were informed during Mr. Ridenour's deposition that the "trial buck" was being housed at a different location in the State of Michigan. Consequently, plaintiffs' counsel and plaintiffs' experts have not had the opportunity to inspect this evidence.

Therefore, plaintiffs ask the court to delay ruling on defendants' motion until after plaintiffs' are afforded a reasonable opportunity to inspect this "trial buck." And as the proponents of the evidence, defendants should make the buck available in the Fort Worth-area, rather than in force plaintiffs' to incur the expense flying to Michigan, for an inspection of their proposed evidence.

---

[1] Defendants' contention that the buck was "disclosed" to plaintiffs is an accurate, though incomplete statement. In the fourteen pages of attachments to Mr. Ridenour's report, was the following entry: "2010 Kia Soul partial vehicle trial buck". No further explanation is provided and no photographs depicting the "buck" were included.

<983098230923>
<098320984098230498230984>

Respectfully submitted,

*/s/ Mart*

**STEVE W. BERMAN** (*pro hac vice*)
WASB No. 12536
steve@hbsslaw.com
**MARTIN D. MCLEAN** (*pro hac vice*)
WASB No. 33269
martym@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:	(206) 623-7292
Facsimile:	(206) 623-0594

**MARC R. STANLEY**
State Bar No. 19046500
marcstanley@mac.com

**STANLEY LAW GROUP**
6116 N. Central Expressway
Suite 1500
Dallas, TX 75206
Telephone:	(214) 443-4301
Facsimile:	(214) 443-0358

**COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in this cause in accordance with the Federal Rules of Civil Procedure on this 22th day of May, 2015.

*/s/ Mart*