IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HENRY LEE SIMS, JR., ET AL., | § |
| Plaintiffs, | § |
| VS. | § NO. 4:14-CV-045-A |
| KIA MOTORS AMERICA, INC., ET AL., | § |
| Defendants. | § |

## FINAL JUDGMENT

In accordance with the court's order of even date herewith,

The court further ORDERS, ADJUDGES and DECREES that plaintiffs Henry Lee Sims, Jr., Timothy E. Sims, Willie E. Sims, Kathlyn L. Sims, Brence E. Sims, Michael A. Sims, Sarah D. Sims, Shamika R. Sims, and Pamela R. Sims, all individually and as heirs of Henry Lee Sims, Sr., take nothing on their claims against defendants, Kia Motors America, Inc., and Kia Motors Corporation, and that such claims be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES and DECREES that defendants have and recover their court costs from plaintiffs, jointly and severally.

SIGNED June 10, 2015.

_____
JOHN McBRYDE
United States District Judge