AO 133   (Rev. 12/09) Bill of Costs - TXND

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 2 5 2015   4:10

CLERK, U.S. DISTRICT COURT
By_____
Deputy

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

HENRY LEE SIMS, JR., et al ............ )
                                )
          v.                         )    Case No.: 4:14-cv-00045-A
KIA MOTORS AMERICA, INC. and    )
KIA MOTORS CORPORATION         )

## BILL OF COSTS

Judgment having been entered in the above entitled action on   06/10/2015   against   Plaintiffs  ,
                                                  Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ............................... | 1,049.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ................................... | 35,142.20 |
| Fees for witnesses *(itemize on page two)* ............................... | 220.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case................................... | 7,500.20 |
| Docket fees under 28 U.S.C. 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals .......................... | |
| Compensation of court-appointed experts ............................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 13,650.00 |
| TOTAL   $ | 57,561.40 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓]   Electronic service         [ ]   First class mail, postage prepaid

[ ]   Other:_____

s/ Attorney:   *Tanya B. Scarbrough*

Name of Attorney:  Tanya B. Scarbrough

For:     Kia Motors Corporation and Kia Motors America, Inc.     Date:   06/25/2015
               *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____     _____
     *Clerk of Court*                    *Deputy Clerk*            *Date*

AO 133  (Rev. 12/09)  Bill of Costs - TXND

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Beverly Fuller | 1 | 45.00 | | | | | $45.00 |
| Kevin Davis | 1 | 45.00 | | | | | $45.00 |
| Detective Chris Gorrie | 1 | 45.00 | | | | | $45.00 |
| John Goodman | 1 | 40.00 | | | | | $40.00 |
| Tracy Crouch | 1 | 45.00 | | | | | $45.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $220.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

RULE 6

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

STATE OF TEXAS   §
DALLAS COUNTY   §

### AFFIDAVIT OF TANYA B. SCARBROUGH AS VERIFICATION
### OF DEFENDANTS' BILL OF COSTS

Before me, the undersigned notary, on this day personally appeared Tanya B. Scarbrough, the affiant, a person whose identity is known to me.  After I administered an oath, the affiant testified as follows, under penalty of perjury:

1.  "My name is Tanya B. Scarbrough, and I am competent to make this affidavit.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.  I represented Kia Motors America, Inc. and Kia Motors Corporation (Defendants), the only defendants in Civil Action No. 4:14-CV-00045-A, in which final judgment was entered.

3.  The Defendants filed the attached Bill of Costs.

4.  The costs included in the Bill of Costs are correct and have been necessarily incurred in the case and the services for which fees have been charged were actually and necessarily performed."



Tanya B. Scarbrough

SWORN TO and SUBSCRIBED before me by Tanya B. Scarbrough on June 25, 2015.

Notary Public in and for the
State of Texas

DONNA M. STRUKE
Notary Public, State of Texas
My Commission Expires
October 12, 2016

MAY 2 6 2015                                    19222/50244

## MERRILL CORPORATION

**INVOICE**

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX 75201-1607

**Invoice #:** 1867023
**Invoice Date:** 30-Apr-2015
**Our Order #:** 030-DA-035807-01

Attn: Kurt Kurn

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|-----------|------------------|-----------|--------------|------------|-----------------|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |
| | | | | | |

Terms: Due upon receipt

**Henry Lee Sims, Jr. et al. v. Kia Motors America, Inc., et a**
**4:14-CV-00045-A**
**Deposition Services**

ORIGINAL OF TRANSCRIPT:                                    $2,484.30

**Job Date:** 08-Apr-2015
**Deponent:** Jerry Wallingford

Q344701

| | |
|---|---|
| **Subtotal:** | **$2,484.30** |
| **Sales Tax** | **$.00** |
| **Total Invoice USD** | **$2,484.30** |

Thank You. Your Business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

3287 13993 111 123544 E115
Timekeeper #   Client #   Matter #   Phase Code

*Transcript*

↑ Description of Expense ↑           Name of Lead
GM Only:                          ← Person
Circle One → Expert - Investigator - Local Counsel
Prepared by:        JC

**REMIT TO:**
Legalink, Inc.
PO Box 277951
Atlanta, GA 30384

**PLEASE PAY FROM THIS INVOICE**

Tax ID No: 20-2665382

1 of 1

MAY 2 6 2015

19222/ 5D244

## MERRILL CORPORATION

**INVOICE**

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX 75201-1607
Attn:  Kurt Kurn

**Invoice #:**  1867019
**Invoice Date:**  30-Apr-2015
**Our Order #:**  030-DA-035807-03

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |
| | | | | | |

Terms:  Due upon receipt

**Henry Lee Sims, Jr. et al. v. Kia Motors America, Inc., et at al**
**4:14-CV-00045-A**
**Video Services**

$1,452.50

VIDEO SERVICES:

**Job Date:** 08-Apr-2015
**Deponent:** Jerry Wallingford

Q344700

**Subtotal:**  $1,452.50
**Sales Tax**  $.00
**Total Invoice USD**  $1,452.50

Service Location:

San Antonio TX

Thank You. Your Business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

3287  1399311  12354  E120 E805
Timekeeper #   Client #   Matter #   Phase Code

deposition
↑ Description of Expense ↑

GM Only:                              Name of Lead
                              ← Person

Circle One → Expert - Investigator - Local Counsel
Prepared by:            QC

PLEASE PAY FROM THIS INVOICE

REMIT TO:  ✓
Legalink, Inc.
PO Box 277951
Atlanta, GA 30384

Tax ID No: 20-2665382

1 of 1

MAY 1 4 2015

19222/50150

# MERRILL CORPORATION

**INVOICE**

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX 75201-1607

Attn: Kurt Kurn

**Invoice #:** 1859428
**Invoice Date:** 21-Apr-2015
**Our Order #:** 030-DA-033441-01

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |

Terms: Due upon receipt

**Henry Lee Sims, Jr. et al. v. Kia Motors America, Inc., et al**
**4:14-CV-00045-A**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|

**Job Date:** 02-Apr-2015
**Deponent:** Michael McCort

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deposition Appearance Fee - Regular - Hourly | 5.75 | Hr | $20.40 | $117.30 |
| Deposition (Technical/Expert) Transcript - Original | 243 | Pg | $4.20 | $1,020.60 |
| Rough ASCII | 197 | Pg | $1.25 | $246.25 |
| Exhibit Copying - Color | 442 | Pg | $2.00 | $884.00 |
| Exhibit Copying - B&W | 323 | Pg | $.50 | $161.50 |
| Exhibit Scanning - PDF | 765 | Pg | $.40 | $306.00 |
| Exhibit Binders | 1 | Ea | $10.00 | $10.00 |
| Exhibit Tabs | 40 | Ea | $.50 | $20.00 |
| TotalTranscript Archive | 1 | Ea | $7.50 | $7.50 |
| TotalTranscript CD | 1 | Ea | $45.00 | $45.00 |
| Administrative Fee - Court Reporting | 1 | Ea | $50.00 | $50.00 |
| Setup and First Hour - Videography | 1 | Ea | $275.00 | $275.00 |
| Video Hourly | 5 | Hr | $115.00 | $575.00 |
| Tape Stock - MiniDV | 4 | Ea | $20.00 | $80.00 |
| Video MPEG1 - Per Hour | 4.5 | Hr | $60.00 | $270.00 |
| Delivery - Transcript | 1 | Ea | $25.00 | $25.00 |
| Delivery - Video | 1 | Ea | $12.00 | $12.00 |

3285  13993  11/12354 / 5

Transcript

Timekeeper #   Client #   Matter #   Phase Code / 5

↑ Description of Expense

GM Only:

← Name of Lead Person

Circle One → Expert - Investigator - Local Counsel

Prepared by:

**Subtotal:** $4,105.15
**Sales Tax** $.00
**Total Invoice USD** $4,105.15

Service Location:

Lafayette CO

Thank You. Your Business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

**PLEASE PAY FROM THIS INVOICE**

REMIT TO:
Legalink, Inc.
PO Box 277951
Atlanta, GA 30384

Tax ID No: 20-2665382

Q344217

# MERRILL CORPORATION

**LegaLink, Inc.**

One Merrill Circle
St Paul, MN 55108
Phone: 800.966.4567
Fax: 214.720.4503

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15056432 | 05/06/2014 | 1501-67399 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/21/2014 | BRANJU | 4:14-CV-00045- |

### CASE CAPTION

Henry Lee Sims, Jr., et al vs. KIA Motors, et al

### TERMS

Immediate, sold FOB Merrill facility

Kurt Kern
Bowman and Brooke
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Brence Sims                    101 Pages @      4.70/Page        474.70
           ATTENDANCE                                               100.00
           Administrative Fee                                        50.00
           TotalTranscript                                           45.00

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Michael Sims                    79 Pages @      4.70/Page        371.30
           Administrative Fee                                        50.00
           Delivery                                                  25.00
           TotalTranscript                                           45.00

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Henry Sims, Jr.                 64 Pages @      4.70/Page        300.80
           Administrative Fee                                        50.00
           TotalTranscript                                           45.00

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Sarah Sims                      45 Pages @      4.70/Page        211.50
           Administrative Fee                                        50.00
           TotalTranscript                                           45.00


                              TOTAL   DUE   >>>>        1,863.30
```

TAX ID NO. : 20-2665382                              (972) 616-1700    Fax (972) 616-1701

3285 3993 1222 E115
Timekeeper #   Client #   Matter #   Phase Code

*Transcript deposition*
← Description of Expense ↑                Name of Lead
GM Only:                          ← Person

Circle One → Expert - Investigator - Local Counsel
Prepared by:   *J Campbell*

# MERRILL CORPORATION

**LegaLink, Inc.**

One Merrill Circle
St. Paul, MN 55108
Phone: 800.966.4567
Fax: 214.720.4503

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15056434 | 05/06/2014 | 1501-67401 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/22/2014 | BRANJU | 4:14-CV-00045- |

**CASE CAPTION**

Henry Lee Sims, Jr., et al vs. KIA Motors, et al

Kurt Kern
Bowman and Brooke
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

**TERMS**

Immediate, sold FOB Merrill facility

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Kathlyn Sims                          86 Pages @       4.70/Page           404.20
            ATTENDANCE                                                        100.00
            Administrative Fee                                                 50.00
            TotalTranscript                                                    45.00

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Pamela Peyton                         53 Pages @       4.70/Page           249.10
            Administrative Fee                                                 50.00
            Delivery                                                           25.00
            TotalTranscript                                                    45.00

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Shameka Sims                          50 Pages @       4.70/Page           235.00
            Administrative Fee                                                 50.00
            TotalTranscript                                                    45.00

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Willie Sims                           59 Pages @       4.70/Page           277.30
            Administrative Fee                                                 50.00
            TotalTranscript                                                    45.00

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Timothy Sims                          42 Pages @       4.70/Page           197.40
            Administrative Fee                                                 50.00
```

TAX ID NO. : 20-2665382

(972) 616-1700    Fax (972) 616-1701

# MERRILL CORPORATION
**LegaLink, Inc.**

One Merrill Circle
St. Paul, MN 55108
Phone: 800.966.4567
Fax: 214.720.4503

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15056386 | 05/06/2014 | 1502-67402 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/22/2014 | GEOFKR | 4:14-CV-00045- |

**CASE CAPTION**

Henry Lee Sims, Jr., et al vs. KIA Motors, et al

**TERMS**

Immediate, sold FOB Merrill facility

Kurt Kern
Bowman and Brooke
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

Videotaping Services for the Deposition of:
  Kathlyn Sims

Videotaping Services for the Deposition of:
  Pamela Sims

Videotaping Services for the Deposition of:
  Shameka Sims

Videotaping Services for the Deposition of:
  Willie Sims

Videotaping Services for the Deposition of:
  Timothy Sims

|  |  |  |  |
|---|---|---|---|
| Set-up & First Hour | | | 275.00 |
| Additional Deposition Hr | 5.00 Hours @ | 115.00/Hour | 575.00 |
| Tape Original mini DV | 5.00 Tapes @ | 20.00/Tape | 100.00 |
| Merrill Viewer | 4.00 Hours @ | 95.00/Hour | 380.00 |
| Shipping & Handling | | | 12.00 |

TOTAL   DUE   >>>>      1,342.00

Thank you.  Your business is appreciated.

TAX ID NO.: 20-2665382                                    (972) 616-1700    Fax (972) 616-1701

*Please detach bottom portion and return with payment.*

Kurt Kern
Bowman and Brooke
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

Invoice No.: 15056386
Date       : 05/06/2014
TOTAL DUE  :  1,342.00

Job No.    : 1502-67402
Case No.   : 4:14-CV-00045-A
Henry Lee Sims, Jr., et al vs. KIA M

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

One Merrill Circle
St. Paul, MN 55108
Phone: 800.966.4567
Fax: 214.720.4503

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15056385 | 05/06/2014 | 1502-67400 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/21/2014 | GEOFKR | 4:14-CV-00045- |

**CASE CAPTION**

Henry Lee Sims, Jr., et al vs. KIA Motors, et al

**TERMS**

Immediate, sold FOB Merrill facility

Kurt Kern
Bowman and Brooke
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

Videotaping Services for the Deposition of:
    Brence Sims

Videotaping Services for the Deposition of:
    Michael Sims

Videotaping Services for the Deposition of:
    Henry Sims, Jr.

Videotaping Services for the Deposition of:
    Sarah Sims

*3285/3993/22212 / E-133*
Timekeeper #   Client #   Matter #   Phase Code
*↑ Description of Expense ↑*
*video deposition*
GM Only:                         Name of Lead
                                ← Person
Circle One → Expert - Investigator - Local Counsel
Prepared by: *J Campbell*

|  |  |  |  |
|---|---|---|---|
| Set-up & First Hour |  |  | 275.00 |
| Additional Deposition Hr | 5.00 Hours @ | 115.00/Hour | 575.00 |
| Tape Original mini DV | 5.00 Tapes @ | 20.00/Tape | 100.00 |
| Merrill Viewer | 4.50 Hours @ | 95.00/Hour | 427.50 |
| Shipping & Handling |  |  | 12.00 |

TOTAL   DUE   >>>>          1,389.50

Thank you.  Your business is appreciated.
For your convenience we accept Visa, MasterCard and American Express.
Call 1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, Central Time)

TAX ID NO. : 20-2665382                      (972) 616-1700    Fax (972) 616-1701

*Please detach bottom portion and return with payment.*

Kurt Kern
Bowman and Brooke
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

Invoice No.:  15056385
Date     :  05/06/2014
TOTAL DUE  :  1,389.50

Job No.   :  1502-67400
Case No.  .:  4:14-CV-00045-A
Henry Lee Sims, Jr., et al vs. KIA M

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# INVOICE



2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45235 | 5/11/2015 | 62509 |
| Job Date | Case No. | |
| 4/17/2015 | 4:14-CV-00045-A | |
| Case Name | | |
| SIMS, JR., et al. vs. KIA MOTORS AMERICA, INC., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

David R. Kelly
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis MN  55402

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Jack Ridenour                                                                                      1,311.17

TOTAL DUE >>>            **$1,311.17**
AFTER 6/10/2015  PAY           $1,442.29

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

3287
/ 349311/12354/ E115
Timekeeper #   Client #   Matter #   Phase Code

DEPOSITION TRANSCRIPTS
↑ Description of Expense ↑

GM Only: _____                    Name of Lead
                                            ← Person
Circle One → Expert - Investigator - Local Counsel
Prepared by: _____

Tax ID: 33-0941549                                      Phone: 612-672-3207   Fax:612-672-3200

---

*Please detach bottom portion and return with payment.*

David R. Kelly
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis MN  55402

| | | | |
|---|---|---|---|
| Job No. | : 62509 | BU ID | : 9-KrammUSA |
| Case No. | : 4:14-CV-00045-A | | |
| Case Name | : SIMS, JR., et al. vs. KIA MOTORS AMERICA, INC., et al. | | |
| Invoice No. | : 45235 | Invoice Date | : 5/11/2015 |
| **Total Due** | **: $1,311.17** | | |

AFTER 6/10/2015  PAY  $1,442.29

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING
2224 Third Avenue
San Diego CA  92101**



# INVOICE

**2224 THIRD AVENUE**
**SAN DIEGO, CA 92101**
**800.939.0080**
**kramm.com**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45337 | 5/12/2015 | 62507 |
| **Job Date** | **Case No.** | |
| 4/23/2015 | 4:14-CV-00045-A | |
| **Case Name** | | |
| SIMS, JR., et al. vs. KIA MOTORS AMERICA, INC., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Cary A. Slobin
BOWMAN AND BROOKE
2501 N. Harwood Street, Suite 1700
Dallas TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Gregory C. Smith, P.E., Ph.D.

                                                                      1,381.44

**TOTAL DUE >>>**        **$1,381.44**
AFTER 6/11/2015 PAY      $1,519.58

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

3287/39931/12354/E115
Timekeeper #    Client #    Matter #    Phase Code

DEPOSITION TRANSCRIPTS
↑ Description of Expense ↑

GM Only:                  Name of Lead
                             ← Person

Circle One → Expert - Investigator – Local Counsel
Prepared by:

**Tax ID:** 33-0941549                                           Phone: 972.616.1731    Fax:

*Please detach bottom portion and return with payment.*

Cary A. Slobin
BOWMAN AND BROOKE
2501 N. Harwood Street, Suite 1700
Dallas TX 75201

| | | | | |
|---|---|---|---|---|
| Job No. | : 62507 | BU ID | : 9-KrammUSA | |
| Case No. | : 4:14-CV-00045-A | | | |
| Case Name | : SIMS, JR., et al. vs. KIA MOTORS AMERICA, INC., et al. | | | |
| Invoice No. | : 45337 | Invoice Date | : 5/12/2015 | |
| **Total Due** | **: $1,381.44** | | | |

AFTER 6/11/2015 PAY $1,519.58

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:             Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
             **2224 Third Avenue**
             **San Diego CA  92101**

# INVOICE

PLANET DEPOS
RNA
AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92130 | 1/16/2015 | 71006 |
| **Job Date** | **Case No.** | |
| 12/16/2014 | 4:14-CV-00045-A | |
| **Case Name** | | |
| Sims, Jr., et al -v- Kia Motors America, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Chol Gu Lee, 30(b)(6) Kia; Jeong Moon Jin, 30(b)(6) Kia - Volume 2

| | | | |
|---|---|---|---|
| CD/DVD - First Set | 5.00 | Disks | 625.00 |
| Synchronization | 6.00 | Hours | 450.00 |
| Rush Online Delivery | | | 150.00 |
| | | **TOTAL DUE >>>** | **$1,225.00** |

Ordered By        :   SIMS -v- KIA 4:14-CV-00045-A (Bowman)
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

*[handwritten] 6cc's*
*[handwritten] 3287/ 399311/ 12354 / EllS*
*Timekeeper #   Client #   Matter #   Phase Code*
*[handwritten] DEPOSITION TRANSCRIPTS*
*Description of Expense*
GM Only:          ← Name of Lead
                          ← Person
Circle One → Expert - Investigator - Local Counsel
Prepared by:

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

| | | |
|---|---|---|
| Invoice No. | : | 92130 |
| Invoice Date | : | 1/16/2015 |
| **Total Due** | : | **$1,225.00** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos - Asia** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 71006 |
| BU ID | : | 85-SK-V |
| Case No. | : | 4:14-CV-00045-A |
| Case Name | : | Sims, Jr., et al -v- Kia Motors America, Inc., et al |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92130 | 1/16/2015 | 71006 |
| **Job Date** | **Case No.** | |
| 12/16/2014 | 4:14-CV-00045-A | |
| **Case Name** | | |
| Sims, Jr., et al -v- Kia Motors America, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

PLANET DEPOS

AMERICAN REALTIME

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,225.00** |

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 92130 |
| Invoice Date | : | 1/16/2015 |
| **Total Due** | : | **$1,225.00** |

| | | |
|---|---|---|
| Job No. | : | 71006 |
| BU ID | : | 85-SK-V |
| Case No. | : | 4:14-CV-00045-A |
| Case Name | : | Sims, Jr., et al -v- Kia Motors America, Inc., et al |

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE



PLANET DEPOS
ASIA

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90961 | 1/16/2015 | 71005 |

| Job Date | Case No. | |
|---|---|---|
| 12/16/2014 | 4:14-CV-00045-A | |

| Case Name | | |
|---|---|---|
| Sims, Jr., et al -v- Kia Motors America, Inc., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

TRANSCRIPT WITH INDEX OF:
   Jeong Moon Jin, 30(b)(6) Kia - Volume 2
TRANSCRIPT WITH INDEX OF:
   Choi Gu Lee, 30(b)(6) Kia

   Transcript, Realtime & Rough Draft             1,500.00
   Exhibits            74.00  Pages            18.50

                           **TOTAL DUE >>>**         **$1,518.50**

Ordered By    : SIMS -v- KIA 4:14-CV-00045-A (Bowman)
               Bowman and Brooke LLP
               2501 N. Harwood Street
               Suite 1700
               Dallas, TX 75201

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

*3287 / 399311 / 12354 / E115*
Timekeeper #    Client #     Matter #    Phase Code

*DEPOSITION TRANSCRIPTS*
↑ Description of Expense ↑

GM Only: _____    Name of Lead
                                 ← Person
Circle One → Expert - Investigator - Local Counsel
Prepared by: _____

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

| | | |
|---|---|---|
| Invoice No. | : | 90961 |
| Invoice Date | : | 1/16/2015 |
| **Total Due** | : | **$1,518.50** |

| | | |
|---|---|---|
| Job No. | : | 71005 |
| BU ID | : | 84-SK-R |
| Case No. | : | 4:14-CV-00045-A |
| Case Name | : | Sims, Jr., et al -v- Kia Motors America, Inc., et al |

Remit To:    **Planet Depos - Asia**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

# INVOICE



**PLANET DEPOS**
ASIA

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90961 | 1/16/2015 | 71005 |
| **Job Date** | **Case No.** | |
| 12/16/2014 | 4:14-CV-00045-A | |
| **Case Name** | | |
| Sims, Jr., et al -v- Kia Motors America, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,518.50** |

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

| | | |
|---|---|---|
| Invoice No. | : | 90961 |
| Invoice Date | : | 1/16/2015 |
| **Total Due** | : | **$1,518.50** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos - Asia** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 71005 |
| BU ID | : | 84-SK-R |
| Case No. | : | 4:14-CV-00045-A |
| Case Name | : | Sims, Jr., et al -v- Kia Motors America, Inc., et al |



**KRAMM COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45393 | 5/19/2015 | 62511 |

| Job Date | Case No. | |
|---|---|---|
| 5/6/2015 | 4:14-CV-00045-A | |

| Case Name | | |
|---|---|---|
| SIMS, JR., et al. vs. KIA MOTORS AMERICA, INC., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David R. Kelly
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis MN  55402

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Jeffrey D. Colwell, Ph.D., P.E.                                                    767.13

                                          **TOTAL DUE  >>>**            **$767.13**
                                          AFTER 6/18/2015  PAY            $843.84

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

3298 / 399311 / 12354 / E115

Timekeeper #      Client #      Matter #      Phase Code

DEPOSITION TRANSCRIPT
↑ Description of Expense ↑

GM Only:                                    Name of Lead
                              ←              Person

Circle One →  Expert -  Investigator -  Local Counsel
Prepared by:   _____

---

**Tax ID:** 33-0941549                          Phone: 612-672-3207   Fax:612-672-3200

*Please detach bottom portion and return with payment.*

David R. Kelly
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 3000
Minneapolis MN  55402

| | | | |
|---|---|---|---|
| Job No. | : 62511 | BU ID | : 9-KrammUSA |
| Case No. | : 4:14-CV-00045-A | | |
| Case Name | : SIMS, JR., et al. vs. KIA MOTORS AMERICA, INC., et al. | | |
| Invoice No. | : 45393 | Invoice Date | : 5/19/2015 |
| **Total Due** | : **$767.13** | | |

AFTER 6/18/2015  PAY  $843.84

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA  92101**

# INVOICE

**PLANET DEPOS**
ASIA

AMERICAN REALTIME

888-433-3762   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90724 | 1/16/2015 | 71000 |
| **Job Date** | **Case No.** | |
| 12/12/2014 | 4:14-CV-00045-A | |
| **Case Name** | | |
| Sims, Jr., et al -v- Kia Motors America, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

TRANSCRIPT WITH INDEX OF:
 Jae Hwa Park, 30(b)(6) Kia

| | | |
|---|---|---|
| Transcript, Realtime & Rough Draft | | 1,500.00 |
| Exhibits | 84.00  Pages | 21.00 |
| | **TOTAL DUE >>>** | **$1,521.00** |

Ordered By    :  SIMS -v- KIA 4:14-CV-00045-A (Bowman)
                Bowman and Brooke LLP
                2501 N. Harwood Street
                Suite 1700
                Dallas, TX 75201

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

*3287 / 39931 / 12354 / E115*
Timekeeper #    Client #    Matter #    Phase Code

*DEPOSITION FEE*
← Description of Expense →

GM Only:                          Name of Lead
                                  ← Person
Circle One → Expert - Investigator - Local Counsel
Prepared by:  *Melissa Liu*

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 90724 |
| Invoice Date | : | 1/16/2015 |
| **Total Due** | : | **$ 1,521.00** |

| | | |
|---|---|---|
| Remit To: **Planet Depos - Asia** | Job No. | : 71000 |
| **405 East Gude Drive** | BU ID | : 84-SK-R |
| **Suite 209** | Case No. | : 4:14-CV-00045-A |
| **Rockville, MD  20850** | Case Name | : Sims, Jr., et al -v- Kia Motors America, Inc., et al |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92127 | 1/16/2015 | 71002 |

| Job Date | Case No. | |
|---|---|---|
| 12/12/2014 | 4:14-CV-00045-A | |

| Case Name | | |
|---|---|---|
| Sims, Jr., et al -v- Kia Motors America, Inc., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

PLANET DEPOS
ASIA

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Jae Hwa Park, 30(b)(6) Kia - Volume 1

| | | |
|---|---|---|
| CD/DVD - First Set | 5.00  Disks | 625.00 |
| Synchronization | 6.50  Hours | 487.50 |
| Rush Online Delivery | | 150.00 |
| Shipping & Handling | | 35.00 |
| **TOTAL DUE >>>** | | **$1,297.50** |

Ordered By     : SIMS -v- KIA 4:14-CV-00045-A (Bowman)
                       Bowman and Brooke LLP
                       2501 N. Harwood Street
                       Suite 1700
                       Dallas, TX 75201

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

*3287 / 399311/ 12354/ E115*
Timekeeper #    Client #      Matter #     Phase Code

*DEPOSITION FEES*
↑ Description of Expense ↑

GM Only:                                    Name of Lead
                                              ← Person
Circle One → Expert - Investigator - Local Counsel
Prepared by: *Melissa Liu*

Tax ID: 35-2467235

---

*Please detach bottom portion and return with payment.*

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

| | | |
|---|---|---|
| Invoice No. | : | 92127 |
| Invoice Date | : | 1/16/2015 |
| **Total Due** | : | **$ 1,297.50** |

Remit To: **Planet Depos - Asia**
               **405 East Gude Drive**
               **Suite 209**
               **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 71002 |
| BU ID | : | 85-SK-V |
| Case No. | : | 4:14-CV-00045-A |
| Case Name | : | Sims, Jr., et al -v- Kia Motors America, Inc., et al |

# INVOICE

PLANET DEPOS
ASIA

888.433.3767  WWW.PLANETDEPOS.COM

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90868 | 1/16/2015 | 71003 |
| **Job Date** | **Case No.** | |
| 12/15/2014 | 4:14-CV-00045-A | |
| **Case Name** | | |
| Sims, Jr., et al -v- Kia Motors America, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

TRANSCRIPT WITH INDEX OF:
    ~~Jae Hwa~~ Park, 30(b)(6) Kia - Volume 2

TRANSCRIPT WITH INDEX OF:
    Jeong Moon Jin, 30(b)(6) Kia - Volume 1

|  |  |  |
|---|---|---|
| Transcript, Realtime & Rough Draft | | 1,500.00 |
| Exhibits | 170.00  Pages | 42.50 |
| | **TOTAL DUE  >>>** | **$1,542.50** |

Ordered By      :  SIMS -v- KIA 4:14-CV-00045-A (Bowman)
                     Bowman and Brooke LLP
                     2501 N. Harwood Street
                     Suite 1700
                     Dallas, TX 75201

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

3287 / 39931 / 12354  E115
Timekeeper #    Client #      Matter #    Phase Code

DEPOSITION FEES
↑ Description of Expense ↑

GM Only:                                    Name of Lead
                                          ←  Person

Circle One →  Expert · Investigator · Local Counsel
Prepared by:  *Melissa Lin*

**Tax ID:** 35-2467235

---

*Please detach bottom portion and return with payment.*

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

| | | |
|---|---|---|
| Invoice No. | : | 90868 |
| Invoice Date | : | 1/16/2015 |
| **Total Due** | : | **$ 1,542.50** |

Remit To:  **Planet Depos - Asia**
                **405 East Gude Drive**
                **Suite 209**
                **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 71003 |
| BU ID | : | 84-SK-R |
| Case No. | : | 4:14-CV-00045-A |
| Case Name | : | Sims, Jr., et al -v- Kia Motors America, Inc., et al |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92129 | 1/16/2015 | 71004 |
| **Job Date** | **Case No.** | |
| 12/15/2014 | 4:14-CV-00045-A | |
| **Case Name** | | |
| Sims, Jr., et al -v- Kia Motors America, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

PLANET DEPOS
ASIA

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Jeong Moon Jin, 30(b)(6) Kia - Volume 1                                   0.00

| | | |
|---|---|---|
| CD/DVD - First Set | 5.00  Disks | 625.00 |
| Synchronization | 7.00  Hours | 525.00 |
| Rush Online Delivery | 2.00 | 300.00 |
| | **TOTAL DUE  >>>** | **$1,450.00** |

Ordered By     :  SIMS -v- KIA 4:14-CV-00045-A (Bowman)
                  Bowman and Brooke LLP
                  2501 N. Harwood Street
                  Suite 1700
                  Dallas, TX 75201

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 446005870679
Wire Routing Number: 026009593
ACH/EFT Routing Number: 052001633
SWIFT Code: BOFAUS3N

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

*3287/39931/ 12354/ E115*
Timekeeper #   Client #   Matter #   Phase Code

*DEPOSITION FEES*
↑ Description of Expense ↑

GM Only: _____        Name of Lead
                        ←  Person

Circle One → Expert - Investigator- Local Counsel
Prepared by: *Melissa Lui*

**Tax ID:** 35-2467235

---

*Please detach bottom portion and return with payment.*

Cary A. Slobin, Esquire
Bowman and Brooke LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX  75201

| Invoice No. | : | 92129 |
|---|---|---|
| Invoice Date | : | 1/16/2015 |
| **Total Due** | : | **$ 1,450.00** |

Remit To: **Planet Depos - Asia**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD  20850**

| Job No. | : | 71004 |
|---|---|---|
| BU ID | : | 85-SK-V |
| Case No. | : | 4:14-CV-00045-A |
| Case Name | : | Sims, Jr., et al -v- Kia Motors America, Inc., et al |

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43966 | 1/28/2015 | 60964 |
| **Job Date** | **Case No.** | |
| 1/8/2015 | 4:14-CV-00045-A | |
| **Case Name** | | |
| SIMS, JR., et al. vs. KIA MOTORS AMERICA, INC., et al. | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kurt C. Kern
BOWMAN AND BROOKE
2501 N. Harwood Street, Suite 1700
Dallas TX 75201

1 CERTIFIED COPY OF TRANSCRIPT OF:

    30(b)(6), Michele Cameron                         510.50

                       **TOTAL DUE >>>**     **$510.50**

                       AFTER 2/27/2015 PAY     $561.55

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

3287/3993\/1235\/ E113

Timekeeper #    Client #    Matter #    Phase Code

SUBPOENA FEE
Description of Expense

GM Only:                      Name of Lead Person

Circle One ➤ Expert - Investigator - Local Counsel
Prepared by: _Melissa Luis_

**Tax ID:** 33-0941549                                    Phone: 972.616.1731    Fax:

*Please detach bottom portion and return with payment.*

Kurt C. Kern
BOWMAN AND BROOKE
2501 N. Harwood Street, Suite 1700
Dallas TX 75201

| | | | |
|---|---|---|---|
| Job No. | : 60964 | BU ID | : 7-KrammLA |
| Case No. | : 4:14-CV-00045-A | | |
| Case Name | : SIMS, JR., et al. vs. KIA MOTORS AMERICA, INC., et al. | | |
| Invoice No. | : 43966 | Invoice Date | : 1/28/2015 |
| **Total Due** | **: $510.50** | | |
| | AFTER 2/27/2015 PAY  $561.55 | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
          **2224 Third Avenue**
          **San Diego CA 92101**

# MERRILL CORPORATION

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX 75201-1607

Attn:   Amanda McKinzie

| Invoice #: | 1740777 |
| Invoice Date: | 22-Oct-2014 |
| Our Order #: | 030-DA-009312-01 |

| Matter ID | Client Reference | Client PO# |
|---|---|---|
| Your File Number | Firm Matter ID | Claim Number |
| | | |

Terms:  Due upon receipt

Henry Lee Sims, Jr. et al. v. Kia Motors America, Inc., et al.
4:14-CV-00045-A

| | | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| Job Date: 01-Oct-2014 | | | | | |
| Deponent: Zepeda & Brunz Arredondo | | | | | |
| Process Service | | 1 | Ea | $249.00 | $249.00 |

| | |
|---|---|
| Subtotal: | $249.00 |
| Tax | $.00 |
| Total Invoice USD | $249.00 |

Service Location:

Dallas TX

3606 / 399311 / 12354 / E113
Timekeeper #    Client #    Matter #    Phase Code

Process Service
↑ Description of Expense ↑

GM Only:                                     Name of Lead
                                        ← Person
Circle One →  Expert  Investigator - Local Counsel
Prepared by:

REMIT TO:
Legalink, Inc.
PO Box 277951
Atlanta, GA 30384

PLEASE PAY FROM THIS INVOICE

Tax ID No: 20-2665382

1 of 1

# MERRILL CORPORATION

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX  75201-1607

| Invoice #: | 1729748 |
| Invoice Date: | 30-Sep-2014 |
| Our Order #: | 030-DA-007533-01 |

| Matter ID | Client Reference | Client PO# |
|---|---|---|
| Your File Number | Firm Matter ID | Claim Number |

Terms:  Due upon receipt

### Henry Lee Sims, Jr. et al. v. Kia Motors America, Inc., et al.
### 4:14-CV-00045-A

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date:** 12-Sep-2014 | | | | |
| **Deponent:** Kevin Davis | | | | |
| Process Service | 1 | Ea | $239.00 | $239.00 |
| | | | | |
| **Deponent:** Beverly Fuller | | | | |
| Process Service | 1 | Ea | $224.00 | $224.00 |

| | | |
|---|---|---|
| Subtotal: | | $463.00 |
| Tax | | $.00 |
| Total Invoice USD | | $463.00 |

Service Location:

Dallas TX

*3285/3993/112354/E 115*

Page & Phase #    Client #    Matter #    Phase Code

*process - transcript*

Designation of Expense      Name of Lead
                              Person

Circle one - for Client / Investigator - Local Counsel

Prepared by:

REMIT TO:
Legalink, Inc.
PO Box 277951
Atlanta, GA 30384

PLEASE PAY FROM THIS INVOICE

Tax ID No: 20-2665382

# MERRILL CORPORATION

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX 75201-1607
Attn:        Cary Slobin

Invoice #:      1720393
Invoice Date:   30-Sep-2014
Our Order #:    030-DA-004860-01

| Matter ID | Client Reference | Client PO# |
|---|---|---|
|  |  |  |
| Your File Number | Firm Matter ID | Claim Number |
|  |  |  |

Terms:  Due upon receipt

### Henry Lee Sims, Jr. et al. v. Kia Motors America, Inc., et al.
### 4:14-CV-00045-A

|  | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date: 22-Aug-2014** |  |  |  |  |
| **Deponent: John S. Goodman** |  |  |  |  |
| Deposition Transcript - Original | 29 | Pg | $4.70 | $136.30 |
| Administrative Fee - Court Reporting | 1 | Ea | $50.00 | $50.00 |
| Video MPEG1 - Per Hour | 0.5 | Hr | $60.00 | $30.00 |
| **Deponent: Chris Gorrie** |  |  |  |  |
| Deposition Transcript - Original | 46 | Pg | $4.70 | $216.20 |
| Administrative Fee - Court Reporting | 1 | Ea | $50.00 | $50.00 |
| Video MPEG1 - Per Hour | 1 | Hr | $60.00 | $60.00 |
| **Deponent: Tracy Crouch** |  |  |  |  |
| Deposition Appearance Fee - Regular - Half Day | 1 | Ea | $50.00 | $50.00 |
| Deposition Transcript - Original | 55 | Pg | $4.70 | $258.50 |
| Administrative Fee - Court Reporting | 1 | Ea | $50.00 | $50.00 |
| Parking - Videographer | 1 | Ea | $10.00 | $10.00 |
| Setup Fee - Videography | 1 | Ea | $275.00 | $275.00 |
| Video Hourly | 1.5 | Hr | $115.00 | $172.50 |
| Tape Stock - MiniDV | 3 | Ea | $20.00 | $60.00 |
| Video MPEG1 - Per Hour | 1 | Hr | $60.00 | $60.00 |
| Delivery - Transcript | 1 | Ea | $25.00 | $25.00 |
| Delivery - Video | 1 | Ea | $12.00 | $12.00 |

_3287 /399311/12354/E115_

| Timekeeper # | Client # | Matter # | Phase Code |
|---|---|---|---|

_DEPOSITION TRANSCRIPTS_
↑ Description of Expense ↑

GM Only: _____        Name of Lead
                        ⟵  Person
Circle One ➝ Expert - Investigator - Local Counsel
Prepared by: _____

1 of 2

# MERRILL
# CORPORATION

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX 75201-1607
Attn:    Cary Slobin

Invoice #:    1720393
Invoice Date:    30-Sep-2014
Our Order #:    030-DA-004860-01

| Matter ID | Client Reference | Client PO# |
|---|---|---|
| | | |
| Your File Number | Firm Matter ID | Claim Number |
| | | |

Terms: Due upon receipt

| | |
|---|---|
| Subtotal: | $1,515.50 |
| Tax | $.00 |
| Total Invoice USD | $1,515.50 |

Service Location:
Fort Worth TX

REMIT TO:
Legalink, Inc.
PO Box 277951
Atlanta, GA 30384

PLEASE PAY FROM THIS INVOICE

Tax ID No: 20-2665382

2 of 2

# MERRILL CORPORATION

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX 75201-1607
Attn:   Cary Slobin



Invoice #:    1716263
Invoice Date:   19-Sep-2014
Our Order #:   030-DA-004867-01

| Matter ID | Client Reference | Client PO# |
|---|---|---|
| | | |
| Your File Number | Firm Matter ID | Claim Number |
| | | |

Terms:  Due upon receipt

**Henry Lee Sims, Jr. et al. v. Kia Motors America, Inc., et al.**
**4:14-CV-00045-A**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| **Job Date:** 08-Aug-2014 | | | | |
| **Deponent:** Chris Gorrie | | | | |
| Process Service | 1 | Ea | $234.00 | $234.00 |
| | | | | |
| **Deponent:** Tracy Crouch | | | | |
| Process Service | 1 | Ea | $328.00 | $328.00 |
| | | | | |
| **Deponent:** John Goodman | | | | |
| Process Service | 1 | Ea | $244.00 | $244.00 |

|  | |
|---|---|
| Subtotal: | $806.00 |
| Tax | $.00 |
| Total Invoice USD | $806.00 |

Service Location:

Fort Worth TX

3298 / 399311/ 12354/ E113
Timekeeper #   Client #   Matter #   Phase Code

PROCESS SERVICE
↑ Description of Expense ↑

GM Only: _____   Name of Lead
← Person

Circle One → Expert - Investigator - Local Counsel
Prepared by: ML

REMIT TO:
Legalink, Inc.
PO Box 277951
Atlanta, GA 30384

PLEASE PAY FROM THIS INVOICE

Tax ID No: 20-2665382

# MERRILL CORPORATION

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX  75201-1607
Attn:        Kurt Kurn

**Invoice #:**      1737600
**Invoice Date:**   30-Oct-2014
**Our Order #:**    030-DA-007525-01

| Matter ID | Client Reference | Client PO# |
|---|---|---|
| Your File Number | Firm Matter ID | Claim Number |

Terms:  Due upon receipt

Henry Lee Sims, Jr. et al. v. Kia Motors America, Inc., et al.
4:14-CV-00045-A

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 01-Oct-2014 | | | | |
| **Deponent: Beverly Fuller** | | | | |
| Deposition Transcript - Original | 55 | Pg | $4.70 | $258.50 |
| Obtaining Witness Signature | 1 | Ea | $25.00 | $25.00 |
| TotalTranscript CD | 1 | Ea | $45.00 | $45.00 |
| Administrative Fee - Court Reporting | 1 | Ea | $50.00 | $50.00 |
| Video MPEG1 - Per Hour | 1 | Hr | $60.00 | $60.00 |
| | | | | |
| **Deponent: Kevin Davis** | | | | |
| Deposition Appearance Fee - Regular - Half Day | 1 | Ea | $50.00 | $50.00 |
| Deposition Transcript - Original | 86 | Pg | $4.70 | $404.20 |
| Obtaining Witness Signature | 1 | Ea | $25.00 | $25.00 |
| TotalTranscript CD | 1 | Ea | $45.00 | $45.00 |
| Administrative Fee - Court Reporting | 1 | Ea | $50.00 | $50.00 |
| Parking - Videographer | 1 | Ea | $10.00 | $10.00 |
| Setup and First Hour - Videography | 1 | Ea | $275.00 | $275.00 |
| Video Hourly | 2 | Hr | $115.00 | $230.00 |
| Tape Stock - MiniDV | 3 | Ea | $20.00 | $60.00 |
| Video MPEG1 - Per Hour | 1.5 | Hr | $60.00 | $90.00 |
| Delivery - Transcript | 1 | Ea | $25.00 | $25.00 |
| Delivery - Video | 1 | Ea | $12.00 | $12.00 |

*3287  13993/11/2354/ E 115*

Timekeeper #    Client #    Matter #    Phase Code

↑ Description of Expense ↑

*deposition transcripts*

GM Only:

Name of Lead
← Person

Circle One →  Expert - Investigator - Local Counsel
Prepared by:   *Campbell*

# MERRILL CORPORATION

LegaLink, Inc. a subsidiary of Merrill Corporation

Phone: 214-720-4567

Bowman and Brooke LLP
2501 N Harwood St
Suite 1700
Dallas TX 75201-1607
Attn:    Kurt Kurn

| | |
|---|---|
| Invoice #: | 1737600 |
| Invoice Date: | 30-Oct-2014 |
| Our Order #: | 030-DA-007525-01 |

| Matter ID | Client Reference | Client PO# |
|---|---|---|
| **Your File Number** | **Firm Matter ID** | **Claim Number** |
| | | |

Terms:  Due upon receipt

| | |
|---|---|
| Subtotal: | $1,714.70 |
| Tax | $.00 |
| **Total Invoice USD** | **$1,714.70** |

Service Location:

Fort Worth TX

**REMIT TO:**
Legalink, Inc.
PO Box 277951
Atlanta, GA 30384

PLEASE PAY FROM THIS INVOICE

Tax ID No: 20-2665382

2 of 2

Page 1 of 1

# RICOH

## INVOICE

| | |
|---|---|
| Invoice # | DAL14120023 |
| Invoice Date: | 12/04/2014 |
| Due Date: | 01/03/2015 |
| Terms: | Net 30 Days |
| Customer Code: | DAL-K100 |
| Natl ID: | 1095 |

Ricoh USA, Inc. - Dallas, TX
Phone: (214) 382-4566    Fax: (214) 382-2679
Federal ID: 230334400

**BILL TO:**
**KIA MOTORS AMERICA**
111 PETERS CANYON RD
IRVINE, CA 92606

**SHIP TO:**
**KIA MOTORS AMERICA**
111 PETERS CANYON RD
IRVINE, CA 92606

Attn: Kim Weiner

Price using: KIA MOTORS AMERICA Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| C013661 | Bowman & Brooke | Sims v Kia | Richard Burge |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1412-0044 | 12/03/2014 | Kim Weiner - KIA MOTORS AMERICA | | | |
| 728 | | Prints w/ Assembly | 109.00 | 0.0900 | 9.81 |
| 589 | | Color 8.5x11 (Letter) Copies | 320.00 | 0.6500 | 208.00 |
| 1889 | | Comm - Prints - Color Bond (sq ft) | 106.00 | 10.0000 | 1,060.00 |

*3287 /399311/ 12354/ E101*

| Timekeeper # | Client # | Matter # | Phase Code |
|---|---|---|---|

*COPYING*
↑ Description of Expense ↑

GM Only: _____    Name of Lead
← Person

Circle One → Expert - Investigator - Local Counsel
Prepared by: *Melissa Lui*

*Valued Customer:*
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 1,277.81 |
| Sales Tax: | 102.22 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **1,380.03** |

Received/Accepted by:{Print}_____  {Signature}_____  Date:_____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**KIA MOTORS AMERICA**
111 PETERS CANYON RD
IRVINE, CA 92606

| Amount Enclosed |
|---|
| $ |

**Invoice:** **DAL14120023**

Invoice Date: **12/04/2014**
Due Date: **01/03/2015**
Customer Code: **DAL-K100**
natl id: **1095**

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Dallas District - DAL
P O Box 676466
Dallas, TX 75267-6466

**PAY THIS**
**AMOUNT $ 1,380.03**

3287/399311/12354/E123

Timekeeper #   Client #   Matter #   Phase Code

TRANSLATOR

↑ Description of Expense ↑

GM Only: _____   Name of Lead Person

Circle One →   Expert · Investigator - Local Counsel

Prepared by: _Melille Li___

## INVOICE FOR INTERPRETATION

Attn: Bowman and Brooke (KIA)                    December 22, 2014

Following are the specifics regarding the consecutive interpretation service provided to you by Hye-Yeon(Kathy) Park during the period of December 8~17, 2014.

1. Consecutive interpretation service provided for:
   - Deposition for KMC litigation (SIMS v. KIA)
   - Details

| Date | Time | Hours | Charge (USD) |
|------|------|-------|--------------|
| December 8 (Mon) | 08:30 ~ 15:00 | 1 Day (Lunch time excluded) | 850 USD (900,000 KRW) |
| December 9 (Tue) | 08:30 ~ 15:15 | 1 Day (Lunch time excluded) | 850 USD (900,000 KRW) |
| December 10 (Wed) | 08:30 ~ 16:00 | 1 Day + 1hr OT (Lunch time excluded) | 975 USD (1,050,000 KRW) |
| December 11 (Thu) | 08:30 ~ 16:15 | 1 Day + 1hr OT (Lunch time excluded) | 975 USD (1,050,000 KRW) |
| December 12 (Fri) | 08:30 ~ 17:00 | 1 Day + 3hrs OT Transcribing/Recording | 1900 USD (2,025,000 KRW) |
| December 15 (Mon) | 08:30 ~ 17:00 | 1 Day + 3hrs OT Transcribing/Recording | 1900 USD (2,025,000 KRW) |
| December 16 (Tue) | 08:30 ~ 16:30 | 1 Day + 2hrs OT Transcribing/Recording | 1700 USD (1,800,000 KRW) |
| December 17 (Wed) | | Less than 1 Working Day Cancellation | 850 USD (900,000 KRW) |
| **Total** | | | **10,000 USD** |

- Interpretation fee for one day (up to 6 hours): KRW 900,000
- 1hr of non-working lunch time excluded
- Overtime fee is KRW 150,000 per hour.
- Transcribing (Recording) fee 50% of base interpretation fee

Kindly remit the above amount to the following bank account:

Bank & Branch Name- WOORI BANK WOLGYEYOK BRANCH
Bank Address: 1585 Sangam-dong, Mapo-gu, Seoul Korea Woori Bank Head Office
Swift Code- HVBKKRSE
Account No. 1081-300-248755
Account Holder- Park Hye-Yeon
Interpreter Address: Daelim Apt 115-1801, Sungsa-dong, Koyang city, Kyunggi-do Korea

Please contact +82 10 6405 8741, neokathy97@hanmail.net for any questions regarding the
information above.


PARK, Hye-Yeon(Kathy)
Conference Interpreter



# INVOICE FOR INTERPRETATION

Attn: Bowman and Brooke (KIA)                           December 22, 2014

Following are the specifics regarding the consecutive interpretation service provided to you by Seunghee Kang during the period of December 8-11, 2014.

1. Consecutive interpretation service provided for:
   - Deposition Preparation for KMC litigation (Sims v. KIA)
   - Details

| Date | Time | Hours | Charge (USD) |
|------|------|-------|--------------|
| Dec 08 (Mon) | 08:30 ~ 15:00 | 1 Day (1hr lunch time excluded) | 850 USD *(900,000 KRW)* |
| Dec 09 (Tue) | 08:30 ~ 15:50 | 1 Day + 1hr OT (1hr lunch time excluded) | 975 USD *(1,050,000 KRW)* |
| Dec 10 (Wed) | 08:30 ~ 16:35 | 1 Day + 1hr OT (1hr lunch time excluded) | 975 USD *(1,050,000 KRW)* |
| Dec 11 (Thu) | 08:30 ~ 15:30 | 1 Day (1hr lunch time excluded) | 850 USD *(900,000 KRW)* |
| **Total** | | | **3,650 USD** |

- Interpretation fee for one day (up to 6 hours): KRW 900,000
- 1hr of non-working lunch time excluded
- Overtime fee is KRW 150,000 per hour.

Kindly remit the above amount to the following bank account:

Bank & Branch Name- SHINHAN BANK
Bank Address: 120, 2-GA, TAEPYUNG-RO, CHUNG-GU, SEOUL, KOREA
Swift Code- SHBKKRSE
Account No. 225-12-014340
Account Holder- Kang, Seung-Hee
Interpreter Address:#201-103, JoonAng Heights, Gungnae-dong, Bundang-gu, Seongnam-si, Kyeoggi-do Korea

Please contact +82 10 8737 0721, ksh0721@gmail.com for any questions regarding the information above.

KANG, Seung-Hee
Conference Interpreter

3287 / 399311 / 12354 / E123
Timekeeper #   Client #   Matter #   Phase Code

TRANSLATOR
↑ Description of Expense ↑

GM Only: _____                    Name of Lead
                                        ← Person
Circle One → Expert - Investigator - Local Counsel
Prepared by:  _Melissa L_

# WRITTEN DEPOSITION SERVICE

P (972) 488-5555 F (972) 488-5590

# INVOICE



| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 361802 | 05/02/2014 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-52992-001 | 03/13/2014 | 4:14-CV-045-A |

| CASE CAPTION |
|---|
| Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. |

| RECORDS PERTAINING TO |
|---|
| ACCIDENT ON 4/28/13 |
| SSN :                          DOB : |

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

| RECORDS FROM |
|---|
| CITY OF FORT WORTH POLICE DEPARTMENT   RECORDS & ID - MARSHA ADAMS |
| POLICE ADMIN/INTERNAL AFFAIRS  350 W. BELKNAP STREET  FORT WORTH, TX  76102 |

Request Pertaining to:
ACCIDENT ON 4/28/13

3298 /39311/10354/ E113

Timekeeper #   Client #   Matter #   Phase Code

| | |
|---|---|
| SUBPOENA FEE | 50.00 |
| WITNESS FEE | 40.00 |
| HAND SERVICE OF SUBPOENA | 25.00 |
| CUSTODIAN FEE | 25.00 |
| NOTARY TRIP FEE | 20.00 |
| FEDERAL NOTIFICATION | 10.00 |
| ATTORNEY COPY (T) | 5.00 |
| RECORDS ON CD | 9.95 |

Description of Expense

Name of Lead Person

GM Only:

Circle One ► Expert - Investigation  Local Counsel

Prepared by:

TOTAL   DUE  >>>>       184.95

ORDERED BY: Kurt C. Kern
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

TAX ID NO. :  73-1497732                                      (972) 616-1700   Fax (972) 616-1701

---

*Please detach and return this portion with your payment*

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

Invoice No.:  361802
Date     :  05/02/2014
**TOTAL DUE**  :  $     184.95


Order No.  :  01-52992-001
Cause No.  :  4:14-CV-045-A
Henry Lee Sims, Jr., et al vs. Kia Mo

Remit To:     **Written Deposition Service, LLC**
              **1750 Valley View Lane**
              **Suite 210**
              **Dallas, TX 75234**

# WRITTEN DEPOSITION SERVICE

P (972) 488-5555 F (972) 488-5590

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 362127 | 05/07/2014 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-52992-002 | 03/13/2014 | 4:14-CV-045-A |

| CASE CAPTION |
|---|
| Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. |

| RECORDS PERTAINING TO |
|---|
| ACCIDENT ON 4/28/13 |
| SSN :                              DOB : |

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

RECORDS FROM

CITY OF FORT WORTH FIRE DEPARTMENT   FIRST RESPONDER RECORDS
FIRE INVESTIGATIONS  715 TEXAS STREET  FORT WORTH, TX  76102

Request Pertaining to:
ACCIDENT ON 4/28/13

| | |
|---|---|
| SUBPOENA FEE | 50.00 |
| WITNESS FEE | 40.00 |
| HAND SERVICE OF SUBPOENA | 42.00 |
| CUSTODIAN FEE | 30.00 |
| NOTARY TRIP FEE | 37.00 |
| FEDERAL NOTIFICATION | 10.00 |
| ATTORNEY COPY (T) | 6.00 |
| RECORDS ON CD | 9.95 |

TOTAL  DUE  >>>>            224.95

ORDERED BY: Kurt C. Kern
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

TAX ID NO.:  73-1497732                                    (972) 616-1700   Fax (972) 616-1701

*Please detach and return this portion with your payment*

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

Invoice No.:  362127
Date        :  05/07/2014
**TOTAL DUE  :  $   224.95**

Order No.  :  01-52992-002
Cause No.  :  4:14-CV-045-A
Henry Lee Sims, Jr., et al vs. Kia Mo

Remit To:   **Written Deposition Service, LLC**
            **1750 Valley View Lane**
            **Suite 210**
            **Dallas, TX 75234**

# WRITTEN DEPOSITION SERVICE

P (972) 488-5555 F (972) 488-5590

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 362254 | 05/07/2014 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-52994-001 | 03/13/2014 | 4:14-CV-045-A |

**CASE CAPTION**

Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc.

**RECORDS PERTAINING TO**

HENRY LEE SIMS

SSN :                          DOB :



Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

**RECORDS FROM**

TARRANT COUNTY MEDICAL EXAMINER'S OFFICE   CUSTODIAN OF RECORDS/CIVIL DIVISION
C/O TARRANT COUNTY DA'S OFFICE  401 W. BELKNAP, 9TH FLOOR  FORT WORTH, TX 76196

Request Pertaining To
   HENRY LEE SIMS

| | |
|---|---|
| SUBPOENA FEE | 50.00 |
| WITNESS FEE | 10.00 |
| HAND SERVICE OF SUBPOENA | 25.00 |
| CUSTODIAN FEE | 171.10 |
| NOTARY TRIP FEE | 20.00 |
| FEDERAL NOTIFICATION | 10.00 |
| ATTY NOTIFICATION FEE | 10.00 |
| ATTORNEY COPY (T)   32 Pages | 8.00 |
| RECORDS ON CD | 9.95 |

Timekeeper # 3298  Client # 349311  Matter # 12254  Phase Code 5113

◄── Description of Expense ──►

GM Only:   *Records*   Name of Lead Person

Circle One ──► Expert  Investigator  Local Counsel

Prepared by:   *D Stark*

TOTAL  DUE  >>>>  **344.05**

ORDERED BY: Kurt C. Kern
   Bowman & Brooke, LLP
   2501 N. Harwood, Ste. 1700
   Dallas, TX 75201

TAX ID NO. :  73-1497732

(972) 616-1700   Fax (972) 616-1701

---

*Please detach and return this portion with your payment*

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

Invoice No. :  362254
Date          :  05/07/2014
**TOTAL DUE**  :  $   344.05

Order No.  :  01-52994-001
Cause No.  :  4:14-CV-045-A
Henry Lee Sims, Jr., et al vs. Kia Mo

Remit To:   **Written Deposition Service, LLC**
**1750 Valley View Lane**
**Suite 210**
**Dallas, TX 75234**

# WRITTEN DEPOSITION SERVICE

P (972) 488-5555 F (972) 488-5590

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 362544 | 05/12/2014 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-52992-006 | 03/20/2014 | 4:14-CV-045-A |

| CASE CAPTION |
|---|
| Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. |

| RECORDS PERTAINING TO |
|---|
| ACCIDENT ON 4/28/13 |
| SSN :                    DOB : |

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

| RECORDS FROM |
|---|

CITY OF AZLE FIRE DEPARTMENT   RECORDS DIVISION
613 SOUTH EAST PARKWAY   AZLE, TX  76020

Request Pertaining To:
ACCIDENT ON 4/28/13

3298 /399311/ 12354/ 3/13

| | Timekeeper # | Client # | Matter # | Phase Code | |
|---|---|---|---|---|---|

SUBPOENA FEE                                                    65.00
WITNESS FEE                                                     40.00
CUSTODIAN FEE                                                   30.00
OUT OF COUNTY FEE                                               18.00
FEDERAL NOTIFICATION                                           10.00
PROCESS SERVICE                                                 60.00
ATTORNEY COPY (P)                                               5.00
RECORDS ON CD                                                   9.95

Description of Expense

SM Only

Name of Lead
Person

Circle One → Expert  Investigator  Local Counsel

Prepared by:   DStryle

TOTAL   DUE   >>>>           227.95

ORDERED BY: Kurt O. Kern
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

TAX ID NO. : 73-1497732                          (972) 616-1700   Fax  (972) 616-1701

---

*Please detach and return this portion with your payment*

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

Invoice No.:   362544
Date        :   05/12/2014
**TOTAL DUE** :   $     227.95

Order No.  :   01-52992-006
Cause No.  :   4:14-CV-045-A
Henry Lee Sims, Jr., et al vs. Kia Mo

Remit To:      **Written Deposition Service, LLC**
               **1750 Valley View Lane**
               **Suite 210**
               **Dallas, TX 75234**

# WRITTEN DEPOSITION SERVICE

P (972) 488-5555 F (972) 488-5590

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 362556 | 05/12/2014 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-52992-005 | 03/20/2014 | 4:14-CV-045-A |

**CASE CAPTION**

Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc.

**RECORDS PERTAINING TO**

ACCIDENT ON 4/28/13

SSN :                    DOB :

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

**RECORDS FROM**

TARRANT COUNTY SHERIFF'S OFFICE   RECORDS DIVISION
RECORDS UNIT 200 TAYLOR STREET, 6TH FLOOR FORT WORTH, TX 76102

Request Pertaining to:
ACCIDENT ON 4/28/13

| | | |
|---|---|---|
| SUBPOENA FEE | | 55.00 |
| WITNESS FEE | | 40.00 |
| HAND SERVICE OF SUBPOENA | | 42.00 |
| CUSTODIAN FEE | | 30.00 |
| NOTARY TRIP FEE | | 37.00 |
| FEDERAL NOTIFICATION | | 10.00 |
| ATTORNEY COPY (11) | | 5.00 |
| RECORDS ON CD | | 9.95 |

TOTAL DUE >>>     228.95

ORDERED BY: Kori C. Kern
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

TAX ID NO.: 73-1497732                    (972) 616-1700   Fax (972) 616-1701

---

*Please detach and return this portion with your payment*

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

```
Invoice No.:  362556
Date      :  05/12/2014
TOTAL DUE  : $    228.95


Order No.  :  01-52992-005
Cause No.  :  4:14-CV-045-A
Henry Lee Sims, Jr., et al vs. Kia Mo
```

Remit To:   **Written Deposition Service, LLC**
**1750 Valley View Lane**
**Suite 210**
**Dallas, TX 75234**

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221
Hayley@WrittenDeposition.com



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 365570 | 6/16/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 52992.003 | 3/13/2014 | 4:14-CV-045-A |
| | **Case Name** | |
| Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. | | |
| | **Records Pertaining To** | |
| ACCIDENT ON 4/28/13 | | |

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>SUBPOENA OFFICE<br>C/O CT CORPORATION SYSTEM<br>1999 BRYAN STREET, STE 900<br>DALLAS, TX 75201 | Kurt C. Kern<br>Bowman & Brooke, LLP<br>2501 N. Harwood, Ste. 1700<br>Dallas, TX 75201 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 4/28/2013 |

| | | |
|---|---|---|
| ACCIDENT ON 4/28/13 (Insurance Records) | 340.00 Pages | 30.00 |
| Custodian Fee | | 30.00 |
| HAND SERVICE OF SUBPOENA | | 25.00 |
| SUBPOENA FEE/WRITTEN QUESTIONS | | 50.00 |
| WITNESS FEE | | 1.00 |
| NOTARY TRIP FEE | | 20.00 |
| OUT OF COUNTY FEE | | 18.00 |
| FEDERAL NOTIFICATION | | 10.00 |
| ATTORNEY COPY (T) | 340.00 | 170.00 |
| RECORDS ON CD | | 9.95 |
| | **TOTAL DUE >>>** | **$333.95** |

3398 /34931|/12359/ E|13
Timekeeper #   Client #   Matter #   Phase Code
Records
← Description of Expense →
GM Only:   Name of Lead Person
← Circle One → Expert · Investigator · Local Counsel
Prepared by: DStale

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

Order No.   : 52992.003        BU ID        : 1-MAIN
Case No.    : 4:14-CV-045-A
Case Name  : Henry Lee Sims, Jr., et al vs. Kia Motors
              America, Inc.

Invoice No. : 365570        Invoice Date : 6/16/2014
**Total Due  : $ 333.95**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
      **Attn: Hayley Groshon/972-488-5555 x223**
      **1750 Valley View Lane, Suite 210**
      **Dallas, TX 75234**

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221
Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 368791 | 7/17/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 52994.001 | 3/13/2014 | 4:14-CV-045-A |
| **Case Name** | | |
| Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. | | |
| **Records Pertaining To** | | |
| HENRY LEE SIMS | | |

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX  75201

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TARRANT COUNTY MEDICAL EXAMINER'S OFFICE CUSTODIAN OF RECORDS/CIVIL DIVISION C/O TARRANT COUNTY DA'S OFFICE 401 W. BELKNAP, 9TH FLOOR FORT WORTH, TX  76196 | Kurt C. Kern Bowman & Brooke, LLP 2501 N. Harwood, Ste. 1700 Dallas, TX  75201 | Client Matter No.: Claim No.: Insured: D/O/L: 4/28/2013 |

| | | |
|---|---|---|
| HENRY LEE SIMS (Autopsy) | 32.00  Pages | |
| Custodian Fee | | 70.80 |
| NOTARY TRIP FEE | | 37.00 |
| OVERNIGHT PRIORITY | | 49.95 |
| | **TOTAL DUE >>>** | **$157.75** |

3298 / 39311 / 12354 / E113

Timekeeper #   Client #   Matter #   Phase Code

CD of films forwarded to:
Carol Dorsa
Bowman and Brooke LLP
150 South Fifth Ave, Suite 3000
Minneapolis, MN, 55402

Records

← Description of Expense ↑

GM Only:                    Name of Lead
                           ← Person
Circle One → Expert · Investigator · Local Counsel
Prepared by:      D Strike

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Kim Weiner
Bowman & Brooke, LLP
2501 N. Harwood, Ste. 1700
Dallas, TX  75201

Order No.   : 52994.001        BU ID        :1-MAIN
Case No.    : 4:14-CV-045-A
Case Name : Henry Lee Sims, Jr., et al vs. Kia Motors
              America, Inc.
Invoice No. : 368791        Invoice Date  :7/17/2014
**Total Due  : $ 157.75**

**PAYMENT WITH CREDIT CARD**   AMEX  MASTER  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX  75234**

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 387088 | 1/23/2015 | |
| **Order No.** | **Order Date** | **Case No.** |
| 52994.002 | 8/18/2014 | 4:14-CV-045-A |
| **Case Name** | | |
| Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. | | |
| **Records Pertaining To** | | |
| HENRY LEE SIMS | | |

Kim Weiner
Bowman and Brooke LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

| Records From | Ordered By | Reference Info. |
|---|---|---|
| REV'S FUNERAL PARLOR<br>CUSTODIAN OF RECORD<br>3615 VAUGHN BLVD<br>FORT WORTH, TX 76119 | Kurt C. Kern<br>Bowman and Brooke LLP<br>2501 N. Harwood, Ste. 1700<br>Dallas, TX 75201 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 4/28/2013 |

| | | |
|---|---|---|
| HENRY LEE SIMS (Funeral Records) | 9.00  Pages | |
| Custodian Fee | | 30.00 |
| SUBPOENA FEE/WRITTEN QUESTIONS | | 50.00 |
| WITNESS FEE | | 40.00 |
| NOTARY TRIP FEE | | 17.00 |
| FEDERAL NOTIFICATION | | 10.00 |
| ATTORNEY COPY (T) | | 5.00 |
| RECORDS ON CD | | 9.95 |

3298 / 39931 / 12354 / E113

Timekeeper #   Client #   Matter #   Phase Code

**TOTAL DUE  >>>**               **$161.95**

SUBPOENA FEE

↑ Description of Expense ↑

GM Only: ←                              Name of Lead
                                        ← Person

Circle One →   Expert -  Investigator-  Local Counsel

Prepared by:  *Melissa Liu*

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Kim Weiner
Bowman and Brooke LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

| | | | |
|---|---|---|---|
| Order No. | : 52994.002 | BU ID | : 1-MAIN |
| Case No. | : 4:14-CV-045-A | | |
| Case Name | : Henry Lee Sims, Jr., et al vs. Kia Motors<br>America, Inc. | | |
| Invoice No. | : 387088 | Invoice Date | : 1/23/2015 |
| **Total Due** | **: $ 161.95** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX 75234**

# INVOICE





Billing Questions?
(800) 346-4405 X 323 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 398037 | 5/13/2015 | |
| **Order No.** | **Order Date** | **Case No.** |
| 52994.004 | 9/3/2014 | 4:14-CV-045-A |
| **Case Name** | | |
| Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. | | |
| **Records Pertaining To** | | |
| HENRY LEE SIMS | | |

Kim Weiner
Bowman and Brooke LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SOCIAL SECURITY ADMINISTRATION CENTER FOR DISABILITY DALLAS REGION - FORT WORTH FO 819 TAYLOR ST, FED BLDG, ROOM 1-A-07 FORT WORTH, TX 76102 | Kurt C. Kern Bowman and Brooke LLP 2501 N. Harwood, Ste. 1700 Dallas, TX 75201 | Client Matter No.: Claim No.: Insured: D/O/L: 4/28/2013 |

HENRY LEE SIMS (Social Security)                                    4.00 Pages

| | |
|---|---|
| Custodian Fee | 154.10 |
| AUTHORIZATION | 45.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |
| RECORDS ON CD | 9.95 |

3298 / 399311 / 12354 / F 102
Timekeeper #   Client #   Matter #   Phase Code

**TOTAL DUE >>>**                     **$232.05**

RECORDS
↑ Description of Expense

GM Only:                           Name of Lead
                                         Person
Circle One →   Expert - Investigator - Local Counsel
Prepared by:   M Lui

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Kim Weiner
Bowman and Brooke LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

| | | | | |
|---|---|---|---|---|
| Order No. | : 52994.004 | BU ID | : 1-MAIN | |
| Case No. | : 4:14-CV-045-A | | | |
| Case Name | : Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. | | | |
| Invoice No. | : 398037 | Invoice Date | : 5/13/2015 | |
| **Total Due** | **: $ 232.05** | | | |

Remit To: **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# INVOICE



WRITTEN
DEPOSITION
SERVICE

Billing Questions?
(800) 346-4408 X 223 or 221

Hayley@WrittenDeposition.com



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 399580 | 5/22/2015 | |
| **Order No.** | **Order Date** | **Case No.** |
| 52994.003 | 9/3/2014 | 4:14-CV-045-A |

| Case Name |
|---|
| Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. |
| **Records Pertaining To** |
| HENRY LEE SIMS |

Kim Weiner
Bowman and Brooke LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

| Records From | Ordered By | Reference Info. |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PHOTO COPY UNIT<br>RAIVS TEAM<br>STOP 6716 AUSC<br>AUSTIN, TX 73301 | Kurt C. Kern<br>Bowman and Brooke LLP<br>2501 N. Harwood, Ste. 1700<br>Dallas, TX 75201 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 4/28/2013 |

HENRY LEE SIMS (Tax)

| | |
|---|---|
| Custodian Fee | 517.50 |
| AUTHORIZATION | 45.00 |

| | |
|---|---|
| TOTAL DUE >>> | **$562.50** |
| (-) Payments/Credits: | 517.50 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$45.00** |

3298 / 399311 / 12354 / E102

Timekeeper #   Client #   Matter #   Phase Code

RECORDS

↑ Description of Expense ↑

GM Only: _____   Name of Lead
              ←   Person _____

Circle One → Expert - Investigator - Local Counsel
Prepared by: _Melissa Lin_____

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Kim Weiner
Bowman and Brooke LLP
2501 N. Harwood, Ste. 1700
Dallas, TX 75201

| | | |
|---|---|---|
| Invoice No. | : | 399580 |
| Invoice Date | : | 5/22/2015 |
| **Total Due** | : | **$45.00** |

Remit To:   **Written Deposition Service, LLC**
              **Attn: Hayley Groshon/972-488-5555 x223**
              **1750 Valley View Lane, Suite 210**
              **Dallas, TX 75234**

| | | |
|---|---|---|
| Order No. | : | 52994.003 |
| BU ID | : | 1-MAIN |
| Case No. | : | 4:14-CV-045-A |
| Case Name | : | Henry Lee Sims, Jr., et al vs. Kia Motors America, Inc. |